[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Myers*, Slip Opinion No. 2020-Ohio-3105.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2020-OHIO-3105

THE STATE OF OHIO, APPELLEE, *v*. MYERS, APPELLANT.

[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Myers*, Slip Opinion No. 2020-Ohio-3105.]

*Causes dismissed as having been improvidently certified and accepted.*

(Nos. 2019-0857 and 2019-0927—Submitted May 13, 2020—Decided May 29, 2020.)

CERTIFIED by and APPEAL from the Court of Appeals for Lucas County, Nos. L-18-1033 and L-18-1118, 2019-Ohio-2048.

_____

{¶ 1} The causes are dismissed as having been improvidently certified and accepted.

O'CONNOR, C.J., and FRENCH, DEWINE, DONNELLY, and STEWART, JJ., concur.

KENNEDY and FISCHER, JJ., dissent.

_____

Julia R. Bates, Lucas County Prosecuting Attorney, and Alyssa Breyman, Assistant Prosecuting Attorney, for appellee, state of Ohio.

Timothy Young, Ohio Public Defender, and Katherine R. Ross-Kinzie, Assistant Public Defender, for appellant, Dante Myers.

————————————